[No. 38520-1-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT K. RATHBUN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00228-7, David L. Edwards, J., entered October 30, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 38570-8-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRIS STOKES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01120-1, Thomas Felnagle, J., entered November 14, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.

[No. 39062-1-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINIQUE SHAVIES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02897-8, Beverly G. Grant, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.

[No. 39150-3-II. Division Two. September 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW EDWARD FRYK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-01469-8, Leila Mills, J., entered April 3, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Bridgewater, J.